UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KALYPSO PARKIS, individually, and on behalf of all others similarly situated,

    Plaintiff,

vs.

MICROSOFT CORPORATION,

    Defendant.

NOTICE OF VOLUNTARY DISMISSAL

Civil Action No.
5:09-CV-110 (FJS/GHL)

---

PLEASE TAKE NOTICE that plaintiff Kalypso Parkis, in her individual capacity only, and defendant Microsoft Corporation, hereby stipulate to the dismissal of this action, with prejudice to plaintiff Parkis alone, and without prejudice to any other person or entity, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

DATED: Syracuse, New York
January ___, 2010
Feb. 10

/s/ John L. Murad, Jr.
John L. Murad, Jr., Esq.; Bar Roll No. 102241
John G. Powers, Esq.; Bar Roll No. 508934
Zachary M. Mattison, Esq.; Bar Roll No. 514407
*Attorneys for Defendant*
1500 AXA Tower 1
100 Madison Street
Syracuse, New York 13202

Dated: Syracuse, New York
January 28, 2010

/s/ James T. Snyder
James T. Snyder, Esq.; Bar Roll No. 506171
*Attorneys for Plaintiff*
Green & Reid Law Firm
173 Intrepid Lane
Syracuse, New York 13205-2538

SO ORDERED

_____
FREDERICK J. SCULLIN, JR.
SENIOR U.S. DISTRICT JUDGE

2/11/10